BRANT JONES v. STATE.
No. A-1662.   Opinion Filed June 26, 1913.
Appeal from Love County Court;
R. A. Keller, Judge.

Brant Jones was convicted of unlawfully selling whisky, and appeals. Affirmed.

Eddleman & Graham, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. This appeal is prosecuted from a conviction had in the county court of Love county on the 1st day of February, 1912, in which the defendant was found guilty of unlawfully selling intoxicating liquor, to wit: whisky to one B. C. Logston. In accordance with the verdict of the jury he was sentenced to be confined in the county jail for a term of thirty days and to pay a fine of fifty dollars.

The assignments of error relied upon as presenting sufficient grounds for a reversal of the judgment are based on the rulings of the trial court in rejecting evidence. Upon an examination of the record we find no errors affecting the substantial rights of the defendant. The judgment is therefore affirmed.

HENRY BALLARD v. STATE.
No. A-1633.   Opinion Filed June 27, 1913.
Appeal from Cherokee County Court;
S. F. Parks, Judge.

Henry Ballard was convicted of a violation of the prohibition law, and appeals. Reversed.

J. T. Coursey, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson, Asst. Atty Gen., and C. J. Davenport, for the State.

PER CURIAN. This appeal is prosecuted from a conviction had in the county court of Cherokee county, on an information which charged that "Henry Ballard on the day and date aforesaid at, in and about his place of residence in the city of Tahlequah, in the county and state aforesaid, did then and there unlawfully have in his possession and keeping, more than one gallon of spirituous liquors." Upon arraignment the defendant interposed a general demurrer to the information, which was overruled by the court. This is a prosecution based upon Sec. 4, Ch. 70, Laws 1910-11. The Attorney General has filed a confession of error upon the authority of Ex parte Wilson, 6 Okla. Cr. 451, 119 Pac. 596. The confession of error is sustained and the judgment is reversed and the cause remanded with direction to dismiss.